NIALL P. MCCARTHY (SBN 160175)
TYSON C. REDENBARGER (SBN 294424)
GRACE Y. PARK (SBN 239928)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email:  nmccarthy@cpmlegal.com
        tredenbarger@cpmlegal.com
        gpark@cpmlegal.com

*Attorneys for Plaintiffs Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc., and Baykeeper, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC., SURFRIDER FOUNDATION, INC., HEAL THE BAY, INC., and BAYKEEPER, INC., each a California Nonprofit,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. 3:24-cv-07288-RS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RELATING CASES |

Pursuant to Civil Local Rules 3-12, 7-11, and 7-12, the parties, by and through their undersigned counsel, stipulate and agree as follows:

On September 23, 2024, *Sierra Club, Inc., et al. v. ExxonMobil Corporation*, Case No. CGC 24-618321 ("Non-Profits' action") was filed in California Superior Court, San Francisco County. On October 18, 2024, defendant Exxon Mobil Corporation ("ExxonMobil") removed the Non-Profits' action to this Court, which was then designated as Case No. 3:24-cv-07288-RS.

Also on September 23, 2024, *People of the State of California, ex rel. Rob Bonta, Attorney General of California v. Exxon Mobil Corporation*, Case No. CGC 24-618323 ("California AG's action") was filed in California Superior Court, San Francisco County. On November 1, 2024, ExxonMobil removed the California AG's action to this Court, which is currently designated as Case No. 4:24-cv-07594-HSG.

Both cases assert similar legal claims, involve the same defendant, are based on similar alleged events, and will involve an overlap in discovery. *See* Civil Local Rule 3-12(a)(1). As such, there is or may be likelihood "that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *See* Civil Local Rule 3-12(a)(2).

This stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, claim, defense, affirmative defense, or objection, including personal or subject matter jurisdiction.

ACCORDINGLY, THE PARTIES STIPULATE AND AGREE, that:

1. Case No. 4:24-cv-07594-HSG shall be reassigned to the Hon. Richard Seeborg and shall be designated as Case No. 3:24-cv-07594-RS.

2. Any case management conference in any reassigned case will be rescheduled by the Court.

Dated: November 11, 2024

By:  /s/ Grace Y. Park
NIALL P. MCCARTHY (SBN 160175)
TYSON C. REDENBARGER (SBN 294424)
GRACE Y. PARK (SBN 239928)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road

|   |   |   |
|---|---|---|
| 1 |   | Burlingame, CA 94010<br>Telephone: (650) 697-6000 |
| 2 |   | Facsimile: (650) 697-0577<br>Email:   nmccarthy@cpmlegal.com |
| 3 |   | tredenbarger@cpmlegal.com<br>gpark@cpmlegal.com |

*Attorneys for Plaintiffs Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc., and Baykeeper, Inc.*

Dated: November 11, 2024

By:   /s/ Gabriel R. Martinez
ROB BONTA
Attorney General of California
DANIEL A. OLIVAS (SBN 130405)
Senior Assistant Attorney General
DEBORAH M. SMITH (SBN 208960)
VANESSA C. MORRISON (SBN 254002)
Supervising Deputy Attorneys General
JUSTIN J. LEE (SBN 307148)
ANGELA T. HOWE (SBN 239224)
KATHERINE C. SCHOON (SBN 344195)
GABRIEL R. MARTINEZ (SBN 275142)
Deputy Attorneys General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6000
Facsimile: (916) 731-2121
Email:   Justin.Lee@doj.ca.gov
          Angela.Howe@doj.ca.gov
          Katherine.Schoon@doj.ca.gov
          Gabriel.Martinez@doj.ca.gov

*Attorneys for Plaintiff, People of the State of California, ex rel. Rob Bonta, Attorney General of California*

Dated: November 11, 2024

By:   /s/ Matthew R. Cowan
DAWN SESTITO (SBN 214011)
MATTHEW R. COWAN (SBN 281114)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email:   dsestito@omm.com
          mcowan@omm.com

KIMBERLY BRANSCOME (SBN 255480)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Telephone: (310) 982-4350

Facsimile: (310) 943-1748
Email:   kbranscome@paulweiss.com

*Attorneys for Defendant Exxon Mobil Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States District Judge