1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; AND BAYKEEPER, INC.; each a California Nonprofit,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>    Defendants. | Case No. CV 24-7288 RS<br>(Related to: Case No. CV 24-7954 RS)<br><br>[PROPOSED] ORDER REMANDING ACTION<br><br>Judge: Hon. Richard Seeborg<br><br>Place: Philip Burton Federal Building<br>       450 Golden Gate Avenue<br>       San Francisco, California 94102<br>       Courtroom 3, 17th Floor<br><br>Date: February 13, 2025<br><br>Time: 1:30 p.m. |

Having reviewed and considered the moving and opposition papers, arguments, and all other matters presented to the Court, IT IS HEREBY ORDERED that this action is remanded to Superior Court of California, County of San Francisco, 400 McAllister St., San Francisco, CA 94102.

With respect to ExxonMobil's contentions that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332(d), 28 U.S.C. § 1333, and 28 U.S.C. 1442(a), this action is remanded for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c) ("if at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded").

Under the principles articulated in *Younger v. Harris*, 401 U.S. 37 (1971), preserving respect for state functions such that the national government protects federal rights and interests in a way that will not unduly interfere with the legitimate activities of the States, the Court remands this action to state court.

Alternatively, under the principles articulated in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), in light of considerations of wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation, the Court remands this action to state court.

IT IS SO ORDERED.

Dated: _____

                                          _____
                                          RICHARD SEEBORG
                                          Unites States District Judge

[PROPOSED] ORDER REMANDING ACTION, CASE NO. CV 24-7288 RS