DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8153
Facsimile:    (212) 310-8007

*Counsel for Defendant Exxon Mobil Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; and BAYKEEPER, INC.; each a California Nonprofit,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:24-cv-07288-RS<br><br>**STIPULATION AND ORDER ON BRIEFING SCHEDULE REGARDING MOTION(S) TO DISMISS OR OTHER RESPONSES TO PLAINTIFFS' COMPLAINT** |

STIPULATION AND  ORDER ON BRIEFING SCHEDULE RE: MOTIONS TO DISMISS CASE NO.
3:24-CV-07288

The following stipulation is entered between Plaintiffs Sierra Club, Inc.; Surfrider Foundation, Inc.; Heal the Bay, Inc.; and Baykeeper, Inc. (Plaintiffs") and Defendant Exxon Mobil Corporation ("ExxonMobil"), by and through their respective counsel, with reference to the following facts:

**RECITALS**

WHEREAS, on September 23, 2024, Plaintiffs filed this action in San Francisco County Superior Court;

WHEREAS, on October 18, 2024, ExxonMobil filed a notice of removal pursuant to 28 U.S.C. § 1446;

WHEREAS, on November 22, 2024, the parties filed a stipulation regarding a briefing schedule on Plaintiffs' Motion to Remand;

WHEREAS, in the November 22, 2024 stipulation, the parties agreed to "meet and confer and submit to the Court a briefing schedule on Motions to Dismiss or other responses to the Complaint within fourteen (14) days following entry of an Order denying the Motion to Remand";

WHEREAS, on November 25, 2024, the Court granted the parties' November 22, 2024 stipulation;

WHEREAS, on February 24, 2025, the Court denied Plaintiffs' Motion to Remand;

WHEREAS, the parties have met and conferred and have agreed on a reasonable briefing schedule regarding ExxonMobil's Motion(s) to Dismiss or other responses to the Complaint (including any anti-SLAPP motion);

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including subject matter or personal jurisdiction;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions, or to seek any other relief from the Court.

1

**STIPULATION**

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1.     ExxonMobil shall file any Motions to Dismiss or other responses to the Complaint on or before March 27, 2025.

2.     Plaintiffs shall file any Opposition to those Motions on or before May 1, 2025.

3.     ExxonMobil shall file any Reply in support of those Motions on or before May 22, 2025.

5.     The parties agree that nothing in this stipulation constitutes a waiver of any right, defense, affirmative defense, or objection, including subject matter or personal jurisdiction.

Dated:  March 10, 2025                    Respectfully submitted,


                                          /s/  Dawn Sestito
                                          DAWN SESTITO (S.B. #214011)
                                          MATTHEW R. COWAN (S.B. #281114)
                                          O'MELVENY & MYERS LLP
                                          400 South Hope Street, 18th Floor
                                          Los Angeles, CA 90071-2899
                                          Telephone: (213) 430-6000
                                          Facsimile: (213) 430-6407
                                          dsestito@omm.com
                                          mcowan@omm.com

                                          DAVID J. LENDER (*pro hac vice*)
                                          david.lender@weil.com
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153-0119
                                          Telephone:    (212) 310-8153
                                          Facsimile:    (212) 310-8007

                                          *Counsel for Defendant*

STIPULATION AND ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS CASE NO.
3:24-CV-07288

Dated: March 10, 2025

Respectfully submitted,


*/s/ Grace Y. Park*
NIALL P. MCCARTHY (S.B. #160175)
TYSON C. REDENBARGER (S.B. #294424)
GRACE Y. PARK (S.B. #239928)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:       (650) 697-6000
Facsimile:       (650) 697-0577
nmccarthy@cpmlegal.com
tredenbarger@cpmlegal.com
gpark@cpmlegal.com

*Counsel for Plaintiffs*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

STIPULATION AND ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS CASE NO.
3:24-CV-07288

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  3/11/2025

_____

Hon. Richard Seeborg
United States District Judge

STIPULATION AND ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS CASE NO.
3:24-CV-07288