DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
mcowan@omm.com
400 South Hope Street, 19th Fl.
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8153
Facsimile:   (212) 310-8007

Counsel for Defendant Exxon Mobil Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; and BAYKEEPER, INC.; each a California Nonprofit,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:24-cv-07288-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EXXON MOBIL CORPORATION'S MOTION TO DISMISS**<br><br>**Hearing Date**:   June 5, 2025<br>**Time**:   1:30 p.m.<br>**Location**:   Courtroom 3, 17th Fl.<br><br>Hon. Richard Seeborg |

1  Before the Court is Defendant ExxonMobil Corporation's ("ExxonMobil") Motion to
2  Dismiss Plaintiffs' Complaint (the "Motion"). Having considered the papers filed in support of
3  and in opposition to the Motion, all arguments presented at the hearing, and other matters relevant
4  to the determination of the Motion, the Court is of the opinion that the Motion should be
5  GRANTED.
6  It is therefore **ORDERED** that Plaintiffs' Complaint is **DISMISSED** with prejudice in its
7  entirety.
8  **IT IS SO ORDERED.**

DATED: _____

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE