DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

*Counsel for Defendant Exxon Mobil Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; and BAYKEEPER, INC.; each a California Nonprofit,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:24-cv-07288-RS<br><br>**STIPULATION TO EXTEND TIME AND SET BRIEFING SCHEDULE PURSUANT TO LOCAL CIVIL RULE 6-1 AND [PROPOSED] ORDER**<br><br>Action Filed: September 23, 2024 |

The following stipulation is entered between Plaintiffs Sierra Club, Inc.; Surfrider Foundation, Inc.; Heal The Bay, Inc.; and Baykeeper, Inc. ("Plaintiffs"), and Defendant Exxon Mobil Corporation ("ExxonMobil"), by and through their respective counsel, with reference to the following facts:

**RECITALS**

WHEREAS, on March 27, 2025, ExxonMobil moved to dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), and moved to strike the Complaint pursuant to California Code of Civil Procedure § 425.16;

WHEREAS, on September 5, 2025, the Court granted in part and denied in part ExxonMobil's motion to dismiss and denied ExxonMobil's motion to strike;

WHEREAS, on October 3, 2025, Plaintiffs filed an Amended Complaint ("FAC");

WHEREAS, Civil Local Rule 6-1 provides that "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the parties have agreed that the deadline for ExxonMobil to respond to the FAC, including by a motion filed pursuant to FRCP 12, shall be extended until November 4, 2025, which will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties have met and conferred, and have also agreed on a reasonable and orderly briefing schedule for any motion(s), including pursuant to FRCP 12, responding to the FAC;

WHEREAS, the parties agree that this stipulation does not waive any right to agree to or request further extensions, or to seek any other relief from the Court.

**STIPULATION**

NOW, THEREFORE, the parties hereby agree and stipulate as follows:

1. ExxonMobil shall file its Motion to Dismiss, Answer, or otherwise respond to the FAC on November 4, 2025.

    2.    Plaintiffs shall file their Opposition to any motion on or before December 2, 2025.

    3.    ExxonMobil shall file its Reply in support of any motion on or before December 19, 2025.

    4.    Pursuant to Rule 6-1 of this Court's Civil Local Rules and even in the absence of Court approval, this Stipulation shall serve to extend ExxonMobil's deadline to file a Motion to Dismiss or otherwise respond to the FAC until November 4, 2025, and upon Court approval of this Stipulation, the briefing schedule shall be as set forth above.

Dated:  October 15, 2025

Respectfully submitted,

*/s/ Dawn Sestito*
Dawn Sestito
Matthew R. Cowan
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
dsestito@omm.com
mcowan@omm.com

*Attorneys for Defendant*

Dated: October 15, 2025

Respectfully submitted,

*/s/ Grace Y. Park*
Niall P. McCarthy
Tyson C. Redenbarger
Grace Y. Park
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
nmccarthy@cpmlegal.com
tredenbarger@cpmlegal.com
gpark@cpmlegal.com

*Attorneys for Plaintiffs*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                  Hon. Richard Seeborg
                                                  United States District Judge