DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Fl.
Los Angeles, California 90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8153
Facsimile: (212) 310-8007

*Counsel for Defendant Exxon Mobil Corporation*

NIALL P. McCARTHY (S.B. #160175)
nmccarthy@cpmlegal.com
TYSON C. REDENBARGER (S.B. #294424)
tredenbarger@cpmlegal.com
GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; and BAYKEEPER, INC.; each a California Nonprofit,<br><br>    Plaintiffs,<br><br>  v.<br><br>EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,<br><br>    Defendants. | Case No. 3:24-cv-07288-RS<br><br>**SUPPLEMENTAL RULE 26(f) REPORT**<br><br>**CMC Date:** TBD<br>**CMC Time:** TBD<br>**Location:** Courtroom 3, 17th Fl. f<br><br>Hon. Richard Seeborg |

## **SUPPLEMENTAL FEDERAL RULE 26(f) REPORT**

Pursuant to the Standing Order for All Judges of the Northern District of California, Plaintiffs Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc., and Baykeeper, Inc. ("Non-Profits") and Defendant ExxonMobil Corporation ("ExxonMobil"), by and through their respective counsel of record, hereby jointly submit this supplemental Federal Rule 26(f) Report.

On February 9, 2026, the parties filed their Joint Case Management Conference Statement and Federal Rule 26(f) Report, which contained two separate proposed schedules.  The parties now agree to a proposed schedule, listed below:

| Event | Date |
| --- | --- |
| **Fact Discovery Cut Off** | December 15, 2026 |
| **Deadline to Amend Pleadings** | July 21, 2026 |
| **Expert Disclosures** | January 14, 2027 |
| **Rebuttal Expert Disclosures** | February 25, 2027 |
| **Expert Discovery Cut Off** | March 11, 2027 |
| **Dispositive and Daubert Motions** | March 25, 2027 |
| **Opposition:** | April 22, 2027 |
| **Reply:** | May 13, 2027 |
| **Summary Judgment Hearing** | June 3, 2027 |
| **Final Pretrial Conference** | September 1, 2027 |
| **Jury Trial** | October 5, 2027 |

Dated: March 12, 2026                                 Respectfully submitted,

O'MELVENY & MYERS LLP

By:    */s/ Dawn Sestito*
　　　　Dawn Sestito

DAWN SESTITO (S.B. #214011)
dsestito@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
United States
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8153
Facsimile: (212) 310-8007

*Counsel for Defendant Exxon Mobil Corporation*

Dated: March 12, 2026

Respectfully submitted,

COTCHETT, PITRE & McCARTHY, LLP

By:    */s/ Grace Y. Park*
　　　　Grace Y. Park

NIALL P. McCARTHY (S.B. #160175)
nmccarthy@cpmlegal.com
TYSON C. REDENBARGER (S.B. #294424)
tredenbarger@cpmlegal.com
GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Plaintiffs*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Dawn Sestito, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12, 2026, at Los Angeles, California.

_/s/ Dawn Sestito_
Dawn Sestito

SUPPLEMENTAL RULE 26(f) REPORT
No. 3:24-cv-07288-RS