# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EXXON MOBIL CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ROBERT ANDRES BONTA A.K.A. ROB BONTA, IN HIS INDIVIDUAL CAPACITY; SIERRA CLUB, INC.; SURFRIDER FOUNDATION, INC.; HEAL THE BAY, INC.; BAYKEEPER, INC.; AND INTERGENERATIONAL ENVIRONMENT JUSTICE FUND LTD.** | § | **Case No. 1:25-cv-00011-MJT** |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

the truth about single-use plastics to sell more virgin polymers and plastics." *Id.* ¶ 12. On the same day, the State of California filed its own similar lawsuit against ExxonMobil. *See* ECF 44-4.

ExxonMobil removed the California Litigation to the Northern District of California, and successfully opposed a motion to remand the case to the Superior Court. Exxon has filed a motion to dismiss, and also a motion to strike under California's anti-SLAPP law.[2]

ExxonMobil filed this lawsuit in January 2025. While its legal deficiencies are addressed in separately-filed Rule 12 motions, there is a threshold question about where this case belongs. The answer is clear: in the Northern District of California, alongside the pending litigation between ExxonMobil and the U.S. Nonprofits concerning plastics recycling.

ExxonMobil has told this Court "[t]here is a definite, concrete, and ongoing controversy between the parties as to the legality of ExxonMobil's conduct." Compl. ¶ 136. Yes, there is: it is the California Litigation. With its filing of the Complaint in this case, ExxonMobil seeks to put at issue *in this forum* numerous matters which are the same or substantially similar to those at issue in the California Litigation. *See*, *e.g.*, Compl. ¶ 140 & Prayer for Relief, section g (seeking "[a] declaration that (i) advanced recycling is recognized and permitted by law in multiple states, including Texas, and that (ii) ExxonMobil is lawfully permitted to engage in and promote advanced recycling at its Texas facility."). The following comparison of the two complaints illustrates some of the overlap.

---

[2] The case filed by the State of California has been remanded to the Superior Court. *See* ECF 28, 41, *California v. Exxon Mobil Corporation*, Civ. No. 3:24-cv-07594, N.D. Cal.