# EXHIBIT C

**From:** Sestito, Dawn
**To:** Kevin Boutin; Cowan, Matthew R.; Lender, David
**Cc:** Niall McCarthy; Grace Y. Park; Tyson Redenbarger; Uriel Saldivar-Esteban; Valerie Barretto; Jon Deauna; Jennifer Tung; Yashi (Alice) Jiang
**Subject:** RE: Sierra Club, et al., v. ExxonMobil Corp., No. 3:24-cv-07288-RS
**Date:** Wednesday, September 2, 2026 8:34:00 AM

Kevin and Tyson – we'd like to set a time to speak this week as all parties are interested in getting the privilege issues resolved as soon as possible. To be very clear, here is the information we are seeking in connection with the deposition and RFPs 31 and 32. Please let us know your availability for a call.

1. Do you contend there is a common interest privilege between Minderoo, IEJF or Forrest, on the one hand, and one or more of the Plaintiffs on the other hand? If the answer is YES, when was the common interest agreement entered into and who are the parties to the common interest agreement. Otherwise, please confirm you will produce all communications between or among any of the plaintiffs and/or their counsel and/or agents and Minderoo/IEJF/Forrest and/or their counsel and/or agents.
2. Do you contend there is a common interest privilege between Plaintiffs, Minderoo, IEJF, Forrest, and Bonta or the California Attorney General's Office (or any subset)? If the answer is YES, when was the common interest agreement entered into and who are the parties to the common interest agreement?
3. For the common interest agreement between the California Attorney General's Office and the plaintiffs, please confirm all parties to the agreement and when each Plaintiff joined it (including, in particular, Baykeeper in light of my comments below).
4. How did each of the plaintiffs get involved in this lawsuit? Did CPM, Minderoo, IEJF, Forrest or anyone else approach the Plaintiffs about joining the lawsuit (in which case that initial communication would not be privileged) or did each Plaintiff reach out to CPM independently to bring this lawsuit? If the former, please let us who contacted each Plaintiff and when.
5. Are the Plaintiffs asserting a common interest agreement among each other? If so, when was that agreement formed and who are the parties to the agreement?

Best,
Dawn

O'Melveny

**Dawn Sestito**
dsestito@omm.com
O: +1-213-430-6352

O'Melveny & Myers LLP