# EXHIBIT D

# EXHIBIT D

Below is a list of questions for which Exxon seeks additional testimony from Baykeeper. Exxon is willing to tailor its follow-up questioning to avoid disclosure of communications that Plaintiffs establish are protected by attorney-client privilege or the work-product or common-interest doctrines.

**Plaintiffs**

- "I think my understanding was that Baykeeper was approached about the possibility of participating in this litigation; is that correct?" Tr. 295:23-25.
- "When did you form an attorney-client relationship with the Cotchett firm related to this litigation? Tr. 300:5-7.
- "When did the attorney-client relationship with the Cotchett firm form related to this litigation?" Tr. 302:4-6.
- "The [conversations with co-plaintiffs] without the attorneys, was there any discussion of who to sue and what claims to bring?" Tr. 303:24-304:1.
- "Can you tell me the content of that first communication, that phone call, between Baykeeper and the Cotchett firm that was in 2022 or 2023?" Tr. 306:13-15. [Limited to time period before formation of attorney-client relationship. At deposition, that appeared to be in March 2024. It is not clear now when Baykeeper first sought legal advice, but this question would only apply if the first communication or a portion of the first communication occurred before then.]
- "I would like to know the substance of the communications that you had with Sierra Club, Heal the Bay, and Surfrider prior to March of 2024. So please tell me the substance of those communications?" Tr. 313:16-20.
- "So for the communications that occurred prior to March of 2024 with Sierra Club, Heal the Bay, or Surfrider, they all occurred with a Cotchett attorney on them in which the potential litigation was discussed substantively; is that correct?" Tr. 311:10-14.
- "So for the calls that the Cotchett firm did not participate in, can you please tell me the substance of them?" Tr. 314:7-9.
- "Did those coordination calls that occurred with the co-plaintiffs include any agreement regarding kind of public advocacy or public messaging?" Tr. 107:21-24.

**CAAG**

- "And do you know the content, or can you share with me the content of the communications that Baykeeper, through its outside counsel, had with the California Attorney General's Office?" Tr. 112:14-17.
- "Do you know whether Baykeeper's outside counsel has had continued communications with the Attorney General's Office after the complaints were filed?" Tr. 78:11-14.
- "In 2022 or 2023 when Baykeeper was first considering participating in this litigation, did it have an understanding as to whether there would also be a lawsuit filed by the California Attorney General?" Tr. 79:18-22.

**IEJF**

- "Do you know if Baykeeper, through its outside counsel, has an agreement with Minderoo regarding this litigation?" Tr. 115:8-10.
- "Do you know if IEJF provided any scientific materials to the Cotchett firm for purposes of the litigation?" Tr. 180:12-14.
- "Do you know if IEJF reviewed the complaint in this case before it was filed?" Tr. 180:22-23.
- "Do you know if this [Exhibit 12 (Minderoo Foundation Annex 2)] was used to help prepare this litigation?" Tr. 194:2-3.
- "[D]o you know how it came to be that IEJF is funding a part of this litigation?" Tr. 94:6-7.
- "Is Baykeeper aware of the parameters [of IEJF's funding of the litigation]? Like, is there a dollar cap? Is there a set amount that will be contributed to the litigation?" Tr. 102:4-7.