**Exhibit 1**

| | Name | Position | Reference Link | Plaintiffs' Basis | ExxonMobil Response |
|---|---|---|---|---|---|
| 1 | Seth Barron | Senior Sustainability Advisor | https://www.linkedin.com/in/seth-barron-8b8718b/ | Based on our review of Exxon's production, Barron has been involved as a sustainability advisor on Baytown design, customer pitches, and operations since at least 2019.<br><br>Exxon_CA_SierraClub_0024890- (Email from Barron circulating NDA and MOU materials for advanced recycling product discussions with a potential customer)<br>Exxon_CA_SierraClub_0011686- (Email from Barron relating initial accounting and investment allocations for advanced recycling at Baytown)<br>Exxon_CA_SierraClub_0000365- (Email from Barron circulating slide positioning single-use plastic bags against alternative materials)<br>Exxon_CA_SierraClub_0016492- (Email from Barron responding to a direct notification of Exxon's enviornmental sustainability score update a company) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Seth Barron is part of the Sustainability business unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew (VP New Market Development) and Mario Chavez (Sustainability Global Reg. Dev. Mgr). Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 2 | Matt Crocker | President Product Solutions | https://www.linkedin.com/in/matt-crocker/<br><br>https://corporate.exxonmobil.com/news/news-releases/2025/0402_exxonmobil-announces-leadership-changes<br><br>https://www.bicmagazine.com/resources/people-going-places/crocker-appointed-president-of-exxonmobil-product-solutions/#:~:text=He%20has%20since%20held%20a%20range%20of,to%20director%20of%20sales%20for%20Lodge%20Lumber. | As President of Product Solutions, Crocker is at the center of Exxon's production of virgin plastic resins and packaging materials, and has overseen its Baytown operations. In his former VP of Product Solutions role, he "oversaw product development across the portfolio, creation and alignment of business strategies, project execution, and the start-up of new assets" to further the path for "Net Zero." (https://www.bicmagazine.com/resources/people-going-places/crocker-appointed-president-of-exxonmobil-product-solutions/#:~:text=He%20has%20since%20held%20a%20range%20of,to%20director%20of%20sales%20for%20Lodge%20Lumber.) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be unique and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Matt Crocker is part of the Product Solutions business unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells (Director of Energy Products and Circular Solutions), Kerri Reyer (Vice President of Polypropylene, Vistamaxx & Exact), Shannon Milburn (Product Manager Adv. Expert), Ray Mastroleo (Global PVE Market Dev. Manager), Zach Patterson (Sr. Product Management Manager), Michelle Salim (Product Management - Sr. Mgr), and Melwani Kwan (Global Supply Planning Lead Circular Products Business) |
| 3 | Tracy Lattimer | Former Advanced Recycling Venture Executive | https://www.linkedin.com/in/tracylattimer/ | As the former head of Advanced Recycling Venture Executive, Lattimer was consistently referred to as a point of contact (Exxon_CA_SierraClub_0013875) and listed on org charts as head of the Advanced Recycling team. Lattimer was centrally involved in advanced recycling, including courting potential customers and providing AR updates to the Exxon team. Lattimer oversaw business strategy and deployment of ExxonMobil's "advanced recycling" unit.<br><br>Exxon_CA_SierraClub_0013260- (Identified on org chart for Advanced Recycling)<br>Exxon_CA_SierraClub_0012617- (Identified on org chart for Advanced Recycling)<br>Exxon_CA_SierraClub_0012483- (Email from Lattimer Providing AR update and Agenda for Advanced Recycling Day)<br>Exxon_CA_SierraClub_0015333- (Email thread from Lattimer strategizing and coordinating a visit with a potential customer for Advanced Recycling expansion) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Tracy Lattimer was part of the Product Solutions business unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Tracy Lattimer directly reported to Dave Andrew. Exxon_CA_SierraClub_0013260; Exxon_CA_SierraClub_0012617. Dave Andrew is the recipient of the e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0012483; Exxon_CA_SierraClub_0015333. |

**Exhibit 1**

| | | | | | |
|---|---|---|---|---|---|
| 4 | Adrian Da Costa | Global Business Development Director: Circular Polymers and Advanced Recycling | https://www.linkedin.com/in/adrian-da-costa-63409099/ | As a Global Business Development Director/Development Executive, Da Costa oversaw the growth of production of Circular Polymers and Advanced Recycling. Internal emails describe Da Costa as the lead contact within Exxon on Advanced Recycling (Exxon_CA_SierraClub_0012471). He is also identified in org charts for his Advanced Recycling role (Exxon_CA_SierraClub_0013260; Exxon_CA_SierraClub_0012617).<br><br>Exxon_CA_SierraClub_0002679- (Email from Da Costa responding to "urgent" questions relating to Advanced Recycling communication plan, scope, and sustainable circularity claims)<br>Exxon_CA_SierraClub_0012087- (Email from Da Costa evaluating Advanced Recycling product expansion into a certain territory with a cosmetic company)<br>Exxon_CA_SierraClub_0026807- (Email from Da Costa circulating drafted materials to expand Advanced Recycling business with a potential supplier company) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Adrian Da Costa is part of the Circularity Regulatory Development unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Mario Chavez, Shannon Milburn, Dave Andrew, Timothee Roux (Global Advocacy Manager), and Melanie Bower (Regulatory Circularity Dev. Mgr). Mario Chavez is also listed as a lead contact within Exxon on Advanced Recycling. Exxon_CA_SierraClub_0012471. Adrian Da Costa is listed as Dave Andrew's direct report and Shannon Milburn directly reports to Adrian Da Costa. Exxon_CA_SierraClub_0013260; Exxon_CA_SierraClub_0012617. |
| 5 | Adam S. Gross | Former researcher and engineer, including Plastic Waste Management Technology Strategy Team Leader | https://www.linkedin.com/in/adam-s-gross/ | As the lead author of the 2020 white paper on recycling, Gross has insights into what Exxon understood to be the science and technology for the management of single-use plastic waste (Exxon_CA_SierraClub_0002923). Gross was also included in the discussion about exploring unviable chemical recycling technologies (Exxon_CA_SierraClub_0001476). | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Adam Gross was part of the Technology and Engineering unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Cynthia Mann (Healthy & Environmental Regulatory Scientist - Expert), Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Cynthia Mann is listed as a member of the core team for the 2020 white paper. Exxon_CA_SierraClub_0002923. |
| 6 | Matt Furman | VP of Public and Government Affairs | https://www.linkedin.com/in/matt-furman-09a84b6/<br><br>https://investor.exxonmobil.com/company-information/press-releases/detail/35/exxonmobil-elects-matt-furman-as-vice-president-public<br><br>https://corporate.exxonmobil.com/-/media/global/files/policy/2025-exxonmobil-advocacy-report.pdf | As the VP and Public Government Affairs since 2022, Furman is at the center of Exxon's communications with governments and regulators. He is involved in communications relevant to the subject matter of this case, including plastics and advanced recycling. https://corporate.exxonmobil.com/-/media/global/files/policy/2025-exxonmobil-advocacy-report.pdf ("ExxonMobil's Vice President for Public and Government Affairs, who reports directly to the Chief Executive Officer, is responsible for the stewardship of key public policy issues, which guide the company's lobbying efforts and political contributions."). | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Matt Furman is part of the Public & Government Affairs unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodian, Rebecca Matlock (Govt. Affairs Mgr.). In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |

**Exhibit 1**

| | | | | | |
|---|---|---|---|---|---|
| 7 | Kurt Aerts | Former Director of Plastics and Product Life Cycle | https://www.linkedin.com/in/kurt-aerts-54b43290/ <br><br> https://texaschemistry.org/aws/TCC/pt/sd/news_article/592475/_PARENT/TCC_layout_details/true?tcs-token=0a86d71f51d36bb100a8eb40314bdd9e2174ba6aa0756cb88864371cc976e302#:~:text=To%20help%20address%20some%20of%20these%20problems%2C,a%20wide%20array%20of%20new%20valuable%20products.%E2%80%9D | Aerts is the Former Director of Plastics and Product Life Cycle (2020-2025) and oversaw Advanced Recycling operations, including approving "advanced recycling/certified circular polymer" contracts and speaking publicly on advanced recycling. (https://texaschemistry.org/aws/TCC/pt/sd/news_article/592475/_PARENT/TCC_layout_details/true?tcs-token=0a86d71f51d36bb100a8eb40314bdd9e2174ba6aa0756cb88864371cc976e302#:~:text=To%20help%20address%20some%20of%20these%20problems%2C,a%20wide%20array%20of%20new%20valuable%20products.%E2%80%9D) <br><br> Aerts was among the Exxon Staff that approved "advanced recycling/certified circular polymer" contract templates. (Exxon_CA_SierraClub_0012139) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020). <br><br> Kurt Aerts was part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew is also listed as an individual who approved "advanced recycling/certified circular polymer" contract templates. Exxon_CA_SierraClub_0012139. |
| 8 | Darren Woods | CEO | https://corporate.exxonmobil.com/corporate-governance/board-of-directors/darren-woods <br><br> https://corporate.exxonmobil.com/publications/advancing-climate-solutions/governance-and-risk-management#Integratingriskmanagementintoexecutivecompensation <br><br> https://corporate.exxonmobil.com/who-we-are/our-approach/management-committee#NeilAHansen <br><br> https://www.cnbc.com/video/2025/01/17/exxon-mobil- | As the CEO of Exxon, Woods is the key decision maker regarding the company's direction and operations. For example, Woods has appeared on national television to defend the viability of advanced recycling. (https://www.cnbc.com/video/2025/01/17/exxon-mobil-ceo-darren-woods-on-california-ag-lawsuit-weve-got-to-push-back-against-falsehoods.html). Communications and prep materials before the appearances that are relevant to the claims in this case. As a member of the Management Committee, he provides "ongoing oversight of our sustainability focus areas, including regular assessments of strategic risks, safeguards, and mitigation plans." (https://corporate.exxonmobil.com/publications/advancing-climate-solutions/governance-and-risk-management#Assessingclimateandothersustainabilityrelatedrisks) Exxon_CA_SierraClub_0005963- (Transcript from 2021 Investor Day that contains quotes from Darren Woods relating to Exxon's advantage in Advanced Recycling) https://www.youtube.com/watch?v=gTZK94-5yjU&t=2614s - (Interview with CNBC asserting that Exxon's new Advanced Reyclcing technology works and ramping up investments) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020). <br><br> Plaintiffs rely on Darren Woods' job title and make no showing that he has unique, relevant documents that are not available from ExxonMobil's proposed custodians. |

**Exhibit 1**

| | | | | | |
|---|---|---|---|---|---|
| 9 | Natalie Martinez | Former North America Advanced Recycling Commerical Manager | https://www.linkedin.com/in/natalie-martinez-8387536/ | Martinez is an engineer overseeing operations at Baytown and was consistently a point person for the "latest" in advanced recycling matters. Martinez also weighed in on the operation's feasibility and was internally referred to as the best contact for advanced recycling updates. Martinez was also identified in multiple org charts.<br><br>Exxon_CA_SierraClub_0013875- (Identified as main contact for the "latest" in advanced recycling)<br>Exxon_CA_SierraClub_0022947- (Email thread including Martinez's updated economic metrics/factors from Baytown Advanced Recycling)<br>Exxon_CA_SierraClub_0013260- (Identified on org chart for Advanced Recycling)<br>Exxon_CA_SierraClub_0012617- (Identified on org chart for Advanced Recycling) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Natalie Martinez is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Shannon Milburn and Ray Mastroleo are also recipients of the e-mail cited by Plaintiffs. Exxon_CA_SierraClub_0022947. Natalie Martinez is also on the same team as Michelle Salim and ultimately reports to Dave Andrew. Exxon_CA_SierraClub_0013260; Exxon_CA_SierraClub_0012617. |
| 10 | Karen McKee | Former President Product Solutions | https://corporate.exxonmobil.com/news/news-releases/2025/0402_exxonmobil-announces-leadership-changes | As the former president of Product Solutions, McKee oversaw 34 years of polymer growth, sales, and the new market of advanced recycling. She helped make high-level decisions, including thresholds for investing in Cyclyx facilities and when to restructure projects.<br><br>Exxon_CA_SierraClub_0025536- (Email from McKee assessing the updated Cyclyx Advanced Recycling Feed Prep Facility Business Model)<br>Exxon_CA_SierraClub_0016115- (Email from Mckee approving the Cyclyx restructuring presentation) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Karen McKee was part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew is listed as a recipient of both e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0025536; Exxon_CA_SierraClub_0016115. |
| 11 | Troy O'Laughlin | Former Planning Manager New Market Development; Current global Talent Acquisition Manager | https://www.linkedin.com/in/troyolaughlin/ | O'Laughlin was very involved in advanced recycling from 2021-2024 as the planning manager for New Market Development, which previously housed Advanced Recycling. He is identified in multiple org charts for New Market Development and provided input on strategy and economic projections for Baytown advanced recycling operations.<br><br>Exxon_CA_SierraClub_0022962- (Email from O'Laughlin providing "very specific actionable and timely feedback" on updated Advanced Recycling economic scenarios)<br>Exxon_CA_SierraClub_0012617- (Identified on Org Chart for New Market Development)<br>Exxon_CA_SierraClub_0013260- (Identified on Org chCrt for New Market Development) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Troy O'Laughlin was previously part of the Product Solutions unit and is currently in the Human Resources (talent acquisition) unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Shannon Milburn is listed as a recipient of the e-mail cited by Plaintiffs. Exxon_CA_SierraClub_0022962. Melanie Bower is part of the same team as Troy O'Laughlin, and both report to Dave Andrew. Exxon_CA_SierraClub_0012617; Exxon_CA_SierraClub_0013260. |

| | | | | | |
|---|---|---|---|---|---|
| 12 | Abdelhadi Sahnoune | Former Senior Principal, Products Sustainability | https://www.linkedin.com/in/asahnoune/ | As the former Senior Principal researcher on product sustainability, he was evaluating the landscape and new science relating to the sustainability of various chemical recycling processes and their environmental impacts (Exxon_CA_SierraClub_0006446, Exxon_CA_SierraClub_0001474). He also created a document evaluating the environmental impacts of single-use plastic bags against alternative materials. (Exxon_CA_SierraClub_0000366) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am.* , Inc, 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Adbelhadi Sahnoune is part of the Technology and Engineering unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Cynthia Mann, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew is a recipient of the e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0001474. |
| 13 | James Trevathon | Global Materials Planning Manager, Former Cyclyx | https://www.linkedin.com/in/james-trevathan-312a477/ | Trevathon worked at Cyclyx as Chief Operating Officer and VP of Feedstock Sourcing and Supply Chain, which gave him insight into Cyclyx's operations. He is currently a Global Materials Planning Manager at Exxon and is identified on org charts for his roles in advanced recycling (Exxon_CA_SierraClub_0012617; Exxon_CA_SierraClub_0013260). He was involved in high-level discussions about Cyclyx across multiple roles (Exxon_CA_SierraClub_0010912). | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>James Trevathan is currently part of the Corporate Supply Chain organization, which serves the company as a whole and is unrelated to Plaintiffs' claims. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Michelle Salim was on the same team as James Trevathan, and Dave Andrew oversees the team that James Trevathan was on. Exxon_CA_SierraClub_0012617; Exxon_CA_SierraClub_0013260. Dave Andrew is also included as a recipient of the e-mail cited by Plaintiffs. Exxon_CA_SierraClub_0010912. |
| 14 | Jack Williams | Senior Vice President | https://corporate.exxonmobil.com/who-we-are/our-approach/management-committee | As the Senior Vice President on the Management Committee overseeing advanced recycling, Jack Williams is a key executive leader within Exxon Mobil. He is on email threads with other senior advanced recycling staff, asking questions before endorsing the Cyclyx joint venture. He has apparently worked at Exxon since 1987 and could provide a long-term view on high-level decision-making across that time. We understand that he invited federal EPA officials to view Exxon's Advanced Recycling operations and has touted its viability. (https://corporate.exxonmobil.com/news/corporate-news/epa-administrator-lee-zeldin-tours-our-advanced-recycling-operations-in-baytown)<br>As a member of the Management Committee, he provides "ongoing oversight of our sustainability focus areas, including regular assessments of strategic risks, safeguards, and mitigation plans." (https://corporate.exxonmobil.com/publications/advancing-climate-solutions/governance-and-risk-management#Assessingclimateandothersustainabilityrelatedrisks)<br>Exxon_CA_SierraClub_0005963- (Transcript from 2021 Investor Day 2021 that contains quotes from Williams relating to expanding Exxon's Advanced Recycling operations)<br>Exxon_CA_SierraClub_0013485; Exxon_CA_SierraClub_0013529 (Email thread including Williams requesting economic information on the Advanced Recycling Feed Prep Facility before endorsing investment) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Plaintiffs rely on Jack Williams' job title and make no showing that he has uniquely relevant information not already available from ExxonMobil's proposed custodians. Either Dave Andrew or Mario Chavez is included in all e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0013497; Exxon_CA_SierraClub_0013529. |

**Exhibit 1**

| | | | | | |
|---|---|---|---|---|---|
| 15 | Mike Zamora | President | https://www.linkedin.com/in/michael-zamora-2099127/ | As President, Zamora is a high-level executive and a main decision-maker on key items for investments and strategy for single-use plastics, including the restructuring of Cyclyx. He consistently directs operations related to advanced recycling.<br><br>Exxon_CA_SierraClub_0015981- (Email from Zamora providing feedback on Cyclyx restructuring presentation material)<br>Exxon_CA_SierraClub_0015975- (Email from Zamora providing feedback on Cyclyx restructuring presentation material)<br>Exxon_CA_SierraClub_0025712- (Email from Zamora notifying of endorsement and excitement of Advance Recycling center to "come to fruition."<br>Exxon_CA_SierraClub_0015687- (Email from Zamora asking for information on Exxon's position ahead of restructuring discussion for Cyclyx Advanced Recycling venture) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Michael Zamora is part of the Technology & Engineering unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Cynthia Mann, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Either Dave Andrew or Mario Chavez is included in all e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0015981; Exxon_CA_SierraClub_0015975; Exxon_CA_SierraClub_0025712; Exxon_CA_SierraClub_0015687; Exxon_CA_SierraClub_0016115 |
| 16 | Brian Jones | Former Senior Advisor Corporate Strategic Planning | https://www.linkedin.com/in/brian-jones-929b956/ | As Senior Advisor to Product Solutions and Senior Advisor for Corporate and Strategic Planning, Jones was involved in high-level discussions with Exxon staff on what projects to pursue and their nature. For example, he served as a nexus, filtering technical and financial details about Cyclyx to Jack Williams.<br><br>Exxon_CA_SierraClub_0013529- (Email from Jones providing key economic metrics for Jack Williams relating to Cyclyx Advanced Recycling Feed Prep Facility)<br>Exxon_CA_SierraClub_0013485- (Email from Jones gathering key economic metrics for Jack Williams relating to Cyclyx Advanced Recycling Feed Prep Facility)<br>Exxon_CA_SierraClub_0013506- (Email from Jones gathering key economic metrics for Jack Williams relating to Cyclyx Advanced Recycling Feed Prep Facility) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am.* , Inc., 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Brian Jones is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew and Mario Chavez are recipients of the e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0013485; Exxon_CA_SierraClub_0013506. |
| 17 | Tricia Delaney | Former Americas Polyethelyne Commercial Manager, Current VP of Global Supply Chain | https://www.linkedin.com/in/tricia-delaney-80186891/ | As the former Polyethylene commercial manager, Delaney pushed for more avenues to produce and sell polyethylene, and engaged with the chief engineer and other researchers to pursue new chemical recycling methods (Exxon_CA_SierraClub_0001476).<br><br>Exxon_CA_SierraClub_0017101; Exxon_CA_SierraClub_0015333- (Email thread including Tricia Delaney's recap of conversation with representative from a potential customer on purchasing Exxon's advanced recycling polyethylene products) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Tricia Delaney is part of the Corporate Supply Chain organization, which serves the company as a whole and is unrelated to Plaintiffs' claims. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. |
| 18 | Matt Loach | Former Global Marketing: polyethylene | https://www.linkedin.com/in/matt-loach-6b67561b/ | As the former global marketing manager for polyethylene, Loach spoke with potential clients to expand polyethylene sales (Exxon_CA_SierraClub_0015645). He would also receive updates and proposals as part of the "management team" for advanced recycling (Exxon_CA_SierraClub_0015302). | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Matthew Loach is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Shannon Milburn is also a recipient of the e-mail and listed as a part of the "management team" for advanced recycling. (Exxon_CA_SierraClub_0015302). |

Exhibit 1

| | | | | | |
|---|---|---|---|---|---|
| 19 | Rob Kerr | Senior Business Development Manager | https://www.linkedin.com/in/robckerr/ | As a Business Development Manager, Kerr helped develop advanced recycling. He is identified on org charts and distributed feedstock calculations to key Exxon staff.<br><br>Exxon_CA_SierraClub_0013260- (Identified on Org chart for Advanced Recycling)<br>Exxon_CA_SierraClub_0005308- (Email from Kerr providing monthly feedstock calculations and updates distributed to many key custodians) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Rob Kerr is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Michelle Salim worked in the same team as Rob Kerr, and Dave Andrew oversaw the team that Rob Kerr was a part of. Exxon_CA_SierraClub_0013260. They are also both recipients of the internal e-mail cited by Plaintiffs. Exxon_CA_SierraClub_0005308. |
| 20 | Paul Krishna | Corporation Sustainability Manager | https://www.linkedin.com/in/paul-krishna-28132911/ | As a global operations and sustainability manager, Krishna reviewed new advanced recycling materials for assertions relating to "sustainability" (Exxon_CA_SierraClub_0012270) to ensure that customers were not making claims about "recycled content." Any changes in public materials went to him for a "sustainability" review (Exxon_CA_SierraClub_0012492).<br><br>Exxon_CA_SierraClub_0016654- (Email from Krishna providing sustainability review for a Club Presentation because it implicated Exxon's Advanced Recycling efforts and sustainability claims)<br>Exxon_CA_SierraClub_0016669- (Email from Krishna providing sustainability review for Tencate Turf publicity materials because they implicated Exxon's Advanced Recycling efforts and sustainability claims)<br>Exxon_CA_SierraClub_0022624- (Email from Krishna providing sustainability review for customer's PP Certified Circular Cup announcement because it implicated Exxon's Advanced Recycling efforts and sustainability claims)<br>Exxon_CA_SierraClub_0022630- (Email from Krishna providing sustainability review for the Cyclyx Circularity Center LinkedIn post because it implicated Exxon's Advanced Recycling efforts and sustainability claims) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Paul Krishna is part of the Sustainability unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodian, Mario Chavez. Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 21 | Xavier Milcent | Global Plastics Strategic Marketing Manager | https://www.linkedin.com/in/xavier-milcent/ | As a global plastic marketing manager, Milcent directed operations to grow plastic production and sales. He is identified on org charts for Advanced Recycling. (Exxon_CA_SierraClub_0013260).<br><br>Exxon_CA_SierraClub_0022013- (Email from Milcent regarding the arrival of a feedstock shipment from a territory to the United States from a company)<br>Exxon_CA_SierraClub_0027020- (Email from Milcent regarding preliminary conversation with CEO of a potential customer company expanding feedstock supply from a territory to the United States)<br>Exxon_CA_SierraClub_0027057- (Email from Milcent regarding preliminary conversation with a company, a pyrolysis oil supplier, for Advanced Recycling) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Xavier Milcent is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Michelle Salim worked in the same team as Xavier Milcent, and Xavier Milcent ultimately reported to Dave Andrew. Exxon_CA_SierraClub_0013260. |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Stuart Milne | Chief Product Sustainability | https://www.linkedin.com/in/stuart-milnexom/ | As the former Corporate Manager of Products & Life Cycle Assessment under Global Operations & Sustainability, Milne was centrally involved with Exxon's sustainability claims, including their basis and public dissemination. For example, an email thread between Milne and Barron discusses how to calculate and track ISCC certification in connection with advanced recycling (Exxon_CA_SierraClub_0013935). | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Stuart Milne is part of the Sustainability unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodian, Mario Chavez. Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 23 | Dan Moore | Former VP of Polyethylene | https://www.foodmanufacturing.com/packaging/news/22847642/exxonmobil-project-demonstrates-advanced-recycling-for-plastic-waste | As former VP of Polyethylene, Moore oversaw expansion and production of polyethylene, the main polymer used in single-use plastics. He had a public-facing role in justifying and pitching Exxon's production model. He consistently received updates and strategy on advanced recycling and was quoted in articles promoting it. (https://www.foodmanufacturing.com/packaging/news/22847642/exxonmobil-project-demonstrates-advanced-recycling-for-plastic-waste)<br><br>Exxon_CA_SierraClub_0013426- (Moore received detailed advanced recycling updates for the "Management" team)<br>Exxon_CA_SierraClub_0004032- (Moore received updated broad Exxon Corporate talking points) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Daniel Moore is part of the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew was a recipient of both e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0004032; Exxon_CA_SierraClub_0013426. |
| 24 | Reinhart Papen | Former Global Business Development Director | https://www.linkedin.com/in/reinhartpapen/ | As a former Global Business Development Director, Papen helped develop and circulate draft branding for Advanced Recycling with the Exxon Team. They were also included in early conversations verifying data on Advanced Recycling production and alignment with global strategy. Papen was central to Exxon's decision to align advocacy and production efforts with advanced recycling sustainability analysis. (Exxon_CA_SierraClub_0010122)<br><br>Exxon_CA_SierraClub_0002477- (Email from Papen distributing Advanced Recycling Branding presentation that included talking points and synthesis of customer company sentiments)<br>Exxon_CA_SierraClub_0011174- (Email from Papen distributing follow-ups and strategy for communication on Advanced Recycling certification)<br>Exxon_CA_SierraClub_0012126- (Email from Papen distributing agenda and presentation for Advanced Recycling, including certification, communications, and regulatory updates) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Reignhart Papen was part of the Global Projects unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. Dave Andrew is a recipient of the e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0002477; Exxon_CA_SierraClub_0004604. |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Suzanne McCarron | Former VP of Public and Government Affairs | https://investor.exxonmobil.com/company-information/press-releases/detail/35/exxonmobil-elects-matt-furman-as-vice-president-public | As the former VP of Public and Government Affairs, McCarron was central to the public narrative and strategy on how to engage government officials and advocacy. She was based in Texas and worked in various government affairs at Exxon across 24 years, and was involved in communications relevant to the subject matter of this case, including plastics and advanced recycling. "ExxonMobil's Vice President for Public and Government Affairs, who reports directly to the Chief Executive Officer, is responsible for the stewardship of key public policy issues, which guide the company's lobbying efforts and political contributions." (https://corporate.exxonmobil.com/-/media/global/files/policy/2025-exxonmobil-advocacy-report.pdf) | Suzanne McCarron was part of the Global Projects unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. |
| 26 | Stephanie Westbrook | Elemental Analysis Specialists | https://www.linkedin.com/in/stephanie-westbrook-70120536/ | As an Elemental Analysis Specialist, Westbrook was involved in substantiating communications regarding the viability of recycling. Dubbed the "trash collector," she receives waste plastics from around the world and assesses the ability to process them with Exxon's advanced recycling technology. Exxon has published an article about her role in connection with advanced recycling. (https://corporate.exxonmobil.com/what-we-do/materials-for-modern-living/advanced-recycling-stephanie-westbrook-technologist-unlocking-potential) | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims.<br><br>Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Stephanie Westbrook is part of the Technology and Engineering unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Cynthia Mann, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. |
| 27 | Dave Hergenrether | Former Polyethylene Global Business VP, Current VP Product Solutions | https://www.linkedin.com/in/david-hergenrether-410056155/ | As former leader of the polyethylene global business, Hergenrether connected with businesses to sell plastic products. We have seen multiple emails from him with market updates from clients and potential clients, including deals, approval of public messaging, and other updates.<br><br>Exxon_CA_SierraClub_0006176- (Email from Hergenrether finalizing presentation status update on advanced recycling market for multiple clients and potential clients)<br>Exxon_CA_SierraClub_0006177- (Presentation slide finalized by Hergenrether on status of advanced recycling market for multiple clients and potential clients)<br>Exxon_CA_SierraClub_0025429- (Email seeking Hergenrether's approval of verbiage relating to Exxon's Advanced Recycling and collaborating company, Sealed Air) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. See *In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); Handloser v. HCL Am., Inc., 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Dave Hergenrether is part of the Technology and Engineering unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Cynthia Mann, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Dave Andrew is a recipient of the e-mails and slide deck cited by Plaintiffs. Exxon_CA_SierraClub_0006176; Exxon_CA_SierraClub_0006177; Exxon_CA_SierraClub_0025429. |

| | | | | | |
|---|---|---|---|---|---|
| 28 | David Woods | Sustainability Manager | https://www.linkedin.com/in/david-woods-21557222b/ | As global intermediary planning manager and sustainability manager, Woods advised how to expand plastic processing from a "sustainability" perspective. This included conversations with the largest waste management company in the US. (Exxon_CA_SierraClub_0010447). | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims.<br><br>Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>David Woods is part of the Sustainability unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. Dave Andrew is a recipient of Plaintiffs' cited e-mail. Exxon_CA_SierraClub_0010447. Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 29 | Tom Reigle | Global Advanced Recycling Venture Manager | https://www.linkedin.com/in/tom-reigle-72a392163/ | As the Americas Capital Budget Coordinator and USGC Advanced Recycling Project Executive, Reigle oversaw a substantial portion of Baytown's operations. He compiled weekly updates and troubleshooting reports from the Baytown facility and provided economic projections.<br><br>Exxon_CA_SierraClub_0005992- (Email from Reigle to key custodians regarding stage 3 updated economic models for Baytown Advanced Recycling)<br>Exxon_CA_SierraClub_0026282- (Email from Reigle to key custodians providing weekly updates and developments on Advanced Recycling) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Thomas Reigle is part of the Global Projects unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. Either Dave Andrew or Shannon Milburn is a recipient of the e-mails cited by Plaintiffs. Exxon_CA_SierraClub_0005992; Exxon_CA_SierraClub_0026282. |
| 30 | Gantt Walton | Global Head of Government Relations | https://www.linkedin.com/in/gantt-walton-4624a678/ | As a long-term public and government affairs staff member, Walton has directed strategy and advocacy efforts at Exxon for over 25 years. He currently heads global government regulation and previously directed federal efforts and general advocacy, which involved matters relevant to this case. | Grant Walton is part of the Public & Government Affairs unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |
| 31 | Kimberly Haas | Site Manager: Baytown | https://www.bicmagazine.com/departments/operations/rural-roots-military-experience-catalysts-haas-exxonmobil-trajectory/<br><br>https://baytownsun.com/local/a-day-in-the-life-kim-haas/article_3d035404-1aa2-4f70-8a64-efbe7191b2f2.html | As the physical Baytown site manager, Haas presumably has significant involvement and insight into ground operational performance, adherence to standards, strategic priorities, and business challenges. (https://www.bicmagazine.com/departments/operations/rural-roots-military-experience-catalysts-haas-exxonmobil-trajectory/ )The advanced recycling plant is in Texas, and the related products are shipped across the country, including to and from California. | Plaintiffs allege injuries in California. ExxonMobil's Baytown facility is located in Texas, and its refinery operations outside of advanced recycling are not relevant to Plaintiffs' claims.<br><br>Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. |

Exhibit 1

| | | | | | |
|---|---|---|---|---|---|
| 32 | Jimmy Carlton | Global SSHE Manager | https://www.linkedin.com/in/jimmy-carlton-ab794b120/ | Carlton is a long-term Safety, Security, Health, and Environment (SSHE) staff member who oversaw regulatory compliance and risk mitigation across corporate facilities, regional distribution centers, and major capital projects. He has information about the risks and other considerations associated with Exxon's single-use plastic operations. | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. |
| 33 | Lisa Chisholm | Operations Sustainability Manager | https://www.linkedin.com/in/lisa-chisholm-1562a6235/ | Chisholm is the Operations Sustainability Manager and former Socioeconomic & Environment Manager. Her role supports Exxon's Houston and Southern operations. In her role, she oversaw the implementation and metrics of environmental programs and mitigation across Southern operational assets. | Lisa Chisholm is in the Sustainability unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 34 | Craig Kelly | Senior Director of International Relations | https://www.linkedin.com/in/craig-kelly-095b8069/ | As Senior Director of International Relations, Kelly will have had high-level conversations and input on the global narrative and advocacy strategy of Exxon across the world, including single-use plastic. | Craig Kelly is in the Public & Government Affairs unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |
| 35 | Matt Kolesar | Chief Environmental Scientist | https://www.linkedin.com/in/matt-kolesar/ <br><br> https://corporate.exxonmobil.com/news/viewpoints/six-questions-for-chief-environmental-scientist-matt-kolesar | As Chief Environmental Scientist, Kolesar directly advises ExxonMobil's leadership on environmental concerns, sustainability, and lower-carbon solutions. He helps "coordinate and develop the global strategy for sustainability across our diverse operations, from our upstream and unconventional shale to our deep-water developments to our chemical companies and our refineries." (https://corporate.exxonmobil.com/news/viewpoints/six-questions-for-chief-environmental-scientist-matt-kolesar) | Matt Kolesar is in the Sustainability unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. Further, Plaintiffs' proposed additional custodians from the Sustainability unit maintain roles including enterprise-wide climate strategy, operations sustainability for Houston and Southern assets, and sustainability reporting. Plaintiffs have not identified unique, relevant information that any of them holds about the products at issue. |
| 36 | Tara Nickels | Circular Products, Products Management; former Advanced Recycling, Market Development | https://www.linkedin.com/in/tara-nickels-phd/ <br><br> https://www.zoominfo.com/p/Tara-Nickels/3834730960 | As a former circular products and advanced recycling market development staff member, Nickels was involved with product development and market strategy of Advanced Recycling. | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020). <br><br> Tara Nickels is in the Product Solutions unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians, Dave Andrew, Eloissa Wells, Kerri Reyer, Shannon Milburn, Ray Mastroleo, Zach Patterson, Michelle Salim, and Melwani Kwan. Tara Nickels directly reports to Eloissa Wells. |
| 37 | Elise Shutzer | Former Global Issues manager | https://www.linkedin.com/in/elise-shutzer-9bb5174/ <br><br> https://phrma.org/about/elise-shutzer | As a former Public and Government Affairs staff member, Elise provided input on strategy and messaging for government officials. According to her current bio at Pharma "She most recently served as the Global Corporate Issue Head for Sustainability and Circularity at ExxonMobil leading advocacy campaigns on plastic waste, the circular economy and other environmental issues." (https://phrma.org/about/elise-shutzer) | Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020). <br><br> Elise Shutzer was previously in the Global Projects unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Chris Smith | Current Finance General Manager (technology and supply chain), former Product Movement & Inventory | https://www.linkedin.com/in/chris-smith-042a251b6/ | Smith has insight into Exxon's supply chain and logistics of plastic distribution as the current General Finance Manager of Technology and Supply Chains. Smith also previously served as Global Process Manager for Product Movement and Inventory, which concerned Exxon's distribution of plastic products. | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. |
| 39 | Jayme Tertuliano | Supply Chain Director | https://www.linkedin.com/in/jayme-tertuliano-861124b/ | As a Supply Chain Director, Tertuliano has provided high-level logistical oversight to tie together ExxonMobil's physical operations. | Jayme Tertuliano is currently part of the Corporate Supply Chain organization, which serves the company as a whole and is unrelated to Plaintiffs' claims. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. |
| 40 | Vipin Varkey | Vice President: Global Logistics, ExxonMobil Supply Chain | https://www.linkedin.com/in/vipin-varkey-b43b899/ | As a Vice President of Global Logistics and Supply Chain, Varkey is "Responsible for driving structural enhancements across all logistics capabilities - Marine, Rail, Warehousing, Trucking, Aviation & Pipelines, to enable effective movement of hydrocarbons, people and finished goods globally." He has insight into the supply chain and logistics with respect to plastic polymers. | Vipin Varkey is currently part of the Corporate Supply Chain organization, which serves the company as a whole and is unrelated to Plaintiffs' claims. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. |
| 41 | Bart Vermeulen | Head of EU Affairs | https://www.linkedin.com/in/bagvermeulen/ | As head of EU affairs, Vermeulen has insight into Exxon's international messaging and recycling strategy. Vermeulen has been at Exxon for over 20 years and has long-term insight regarding strategy for emerging markets and new regulations. | Bart Vermeulen is part of the Public & Government Affairs unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |
| 42 | Jamie Wall | VP, Head of DC Office | https://www.linkedin.com/in/jamie-wall-0455a61b/ | As the current VP of the DC Office, Wall has insight into the federal strategy and narrative that Exxon developed in coordination with government officials. As a lobbyist, Wall has relevant communications regarding the response to negative press. | Jamie Wall is part of the Public & Government Affairs unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |
| 43 | Ritva Westendorf-Lahouse | Director Public & Government Affairs Central Europe & Nordics | https://www.linkedin.com/in/westendorsed/ | As the current director of Public and Government Affairs for Central Europe and the Nordics, Westendorf-Lahouse can provide insight into Exxon's response to recycling and single-use plastic regulations. | Ritva Westendorf-Lahouse is part of the Public & Government Affairs unit. Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims. In seeking to add custodians from the Public & Government Affairs unit, Plaintiffs rely on these individuals' titles and on assumptions about their work in international, European, and federal government relations. They do not show that any of them has information about the products at issue that Rebecca Matlock's files will not contain. |

**Exhibit 1**

| | | | | | |
|---|---|---|---|---|---|
| 44 | Linda Wright | Former Vice President Product Solutions Technology | https://www.linkedin.com/in/linda-wright-07327676/ | As VP of Product Solutions, Wright links on-the-ground operations with high-level decision-making on single-use plastics. She also worked at the company for over 37 years, so she can provide long-term insights. | Plaintiffs have not articulated any basis for their assertion that the additional proposed custodian possesses information relevant to Plaintiffs' claims.<br><br>Plaintiffs have not articulated a factual basis demonstrating that the additional proposed custodian's ESI would be uniquely relevant and non-duplicative. *See In re Facebook, Inc. Consumer Privacy User Profile Litigation* , 2021 WL 10282213, at *14 (N.D. Cal. Nov. 14, 2021); *Handloser v. HCL Am., Inc.* , 2020 WL 7405686, at *2 (N.D. Cal. Dec. 17, 2020).<br><br>Linda Wright is part of the Global Projects unit. Plaintiffs' additional custodian would not provide uniquely relevant information not already available from ExxonMobil's proposed custodians. |