**Exhibit 2**

| **Areas Identified by Plaintiffs** | **Organization Within ExxonMobil** | **ExxonMobil Custodian Coverage** |
|---|---|---|
| (1) Public & Government Affairs | Corporate function led by the Vice President, Public & Government Affairs; separate from the Product Solutions business lines. | Rebecca Matlock (Government Affairs Manager, reporting up through the Global Head of Public Policy to the Vice President, Public & Government Affairs); Melanie Bower and Timothee Roux (circularity regulatory development and advocacy). |
| (2) New Market Development | Formed September 1, 2020 within ExxonMobil Chemical Company; led development of venture opportunities to convert plastic waste into feedstocks and products; now sits within Product Solutions Business Development. | Dave Andrew (Vice President, New Market Development, since September 1, 2020); Melanie Bower; Cynthia Mann; Shannon Milburn. |
| (3) Product Solutions | ExxonMobil Product Solutions Company, created in 2022; houses Chemical Products, Specialty Products, Energy Products, and Business Development. | Dave Andrew; Eloissa Wells (Director, Energy Products and Circular Solutions, reporting to the President of Product Solutions); Kerri Reyer (VP, Polypropylene, Vistamaxx & Exact, reporting to the Senior Vice President, Chemical Products, and ultimately the President of Product Solutions); Shannon Milburn and Ray Mastroleo (reporting up through Wells and Reyer, respectively). |
| (4) Marketing | Not a stand-alone department; commercial and marketing activity sits within the product business lines. | Mario Chavez; Cynthia Mann; Jennifer Port; Michelle Salim; Ray Mastroleo; Zach Patterson; Kerri Reyer. |
| (5) Venture Executives | A role title, not a department; plastic waste venture work was coordinated through New Market Development. | Dave Andrew; Shannon Milburn; Mario Chavez; Cynthia Mann; Jennifer Port; Michelle Salim. |
| (6) Supply | Supply planning for circular products sits within the business. ExxonMobil's corporate Supply Chain organization, led by the President, Supply Chain, serves the company as a whole and is not specific to plastics. | Melwani Kwan (mass balance accounting / supply planning, certified circular polymers); Shannon Milburn; Kerri Reyer; Zach Patterson. |
| (7) Sales | Sales sits within the product business lines. | Ray Mastroleo and Zach Patterson (certified circular polymer sales at different times); Zach Patterson (non-certified polymer sales); Kerri Reyer. |
| (8) Logistics | No logistics department specific to the products at issue. Global Logistics is part of the corporate Supply Chain organization and handles the movement of products company-wide. | Shannon Milburn (Global Circular Products Business Readiness Manager); Chavez, Mann, Salim, Port, Mastroleo, and Patterson. |