NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
TYSON C. REDENBARGER (SBN 294424)
tredenbarger@cpmlegal.com
GRACE Y. PARK (SBN 239928)
gpark@cpmlegal.com
KEVIN J. BOUTIN (SBN 334965)
kboutin@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, INC.;
SURFRIDER FOUNDATION, INC.;
HEAL THE BAY, INC.; and
BAYKEEPER, INC.; each a California Nonprofit,

Plaintiffs,

v.

EXXONMOBIL CORPORATION, a New Jersey Corporation, and DOES 1-10,

Defendants.

CASE NO. 3:24-cv-07288-RS

**JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE**

Judge: Hon. Richard Seeborg

# JOINT STATUS REPORT

Plaintiffs Sierra Club, Inc., Surfrider Foundation, Inc., Heal the Bay, Inc., and Baykeeper, Inc. ("Non-Profits") and Defendant ExxonMobil Corporation ("ExxonMobil"), by and through their respective counsel of record, hereby jointly submit this status report and proposed schedule.

On February 9, 2026, the parties filed their Joint Case Management Conference Statement and Federal Rule 26(f) Report, which contained two separate proposed schedules. ECF 52. The parties then submitted a Supplemental Case Management Conference Statement in which they agreed on a proposed schedule. ECF 53. The Court has not entered a schedule to date.

Nonetheless, in the last several months, the parties have made progress on discovery—written discovery has been exchanged, document productions have been exchanged, Plaintiff Baykeeper has been deposed twice, and third-party discovery is underway. The parties also previously reached agreement and hereby stipulate to extend the deposition limit from ten to thirty depositions.

However, much discovery remains. Accordingly, the parties jointly propose the following updated schedule. Non-Profits request a September 2028 trial date. ExxonMobil believes trial should be set for a date a few months after summary judgment is adjudicated.

| Event | Date |
|---|---|
| **Substantial Completion of Document Discovery** | April 15, 2027 |
| **Fact Discovery Cut Off** | August 31, 2027 |
| **Expert Disclosures** | October 13, 2027 |
| **Rebuttal Expert Disclosures** | November 17, 2027 |
| **Expert Discovery Cut Off** | January 21, 2028 |
| **Dispositive and Daubert Motions:**<br>**Opposition:**<br>**Reply:** | February 4, 2028<br>March 24, 2028<br>April 21, 2028 |
| **Summary Judgment Hearing** | May __, 2028 |

| | |
|---|---|
| **Final Pretrial Conference** | To be determined |
| **Jury Trial** | To be determined |

Dated: November 20, 2026

**COTCHETT, PITRE & MCCARTHY, LLP**

*/s/Tyson C. Redenbarger*

NIALL P. McCARTHY
TYSON C. REDENBARGER
GRACE Y. PARK
KEVIN J. BOUTIN

*Attorneys for Plaintiffs*

Dated: November 20, 2026

**WEIL, GOTSHAL & MANGES LLP**

*/s/ David J. Lender*

DAVID J. LENDER

**O'MELVENY & MYERS LLP**

DAWN SESTITO
MATTHEW R. COWAN

*Attorneys for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tyson C. Redenbarger, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2026, at Burlingame, California.

*/s/ Tyson C. Redenbarger*
TYSON C. REDENBARGER